UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUN 1 4 2010

David J. Bradley, Clerk of Court

IN RE: §
§
Nationwide Long Distance, Inc. §
§  BANKRUPTCY CASE NUMBER
(Debtor), §  97-43113-H3-7
§
§
§

## PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for Block 83, Inc. hereby petitions the Court for $7,307.40 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for Block 83, Inc., creditor.

IF APPLICANT IS A FUNDS LOCATOR, this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

The creditor did not receive the dividend check in the above case for the following reasons:

The original dividend check was mailed to Block 83, Inc., Pennzoil Place, 711 Louisiana, suite 2380, Houston, TX 77002. That address is no longer valid. The change of address may have prevented delivery of the original dividend check. Gerald D. Hines is the President of Block 83, Inc., as evidenced by exhibit A.

The creditor(s) current/correct mailing address is:

> Block 83, Inc.
> Gerald D. Hines
> President, Sole Director & Sole Shareholder
> 717 Texas, Suite 1500
> Houston, TX 77002-2712
> Phone No.  713-237-5706

Unclaimed.fds
06/23/98

Dated: <u>June 10, 2010</u>

*[signature]*
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425)-836-5728

On <u>6\10\10</u> before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL



*[signature]*
Caryn M. Dilks, Notary Public
My commission expires: July 29, 2010
Notary in and for the State of Washington

Unclaimed.fds
06/23/98

# CERTIFICATE OF SERVICE OF APPLICATION
# ON U.S. ATTORNEY & U.S. TRUSTEE

Notice is hereby given that on June 10, 2010 a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee for the Southern District of Texas by U.S. Mail at the following addresses:

> U.S. Attorneys Office
> P.O. Box 61129
> Houston, TX 77208

> U.S. Trustees Office
> 515 Rusk Ave., Ste. 3516
> Houston, TX 77002

Notice is further given that on June 10, 2010 a copy of the Application for Release of Unclaimed Funds was served on the Case Trustee by Electronic Mail at the following addresses:

> Kenneth R. Havis
> Case Trustee
> havischap7@aol.com

Dated: June 10, 2010

_____
Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for Block 83, Inc.

**Unclaimed.fds**
**06/23/98**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RE: Nationwide Long Distance, Inc. )<br>)<br>)<br>)<br>)<br>Debtor(s) ) | Case: 97-43113-H3-7<br><br>**AUTHORITY TO ACT**<br>**Limited Power of Attorney**<br>**Limited to one Transaction** |

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Block 83, Inc.** with a tax identification number of **74-1827092**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$7,307.40** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____  _____May 25_____, 20 10
Gerald D. Hines - President, Sole Director & Sole Shareholder      Date

| Staple Signatory's Business Card Here<br><br>N/A | Affix Corporate Seal Below<br>Or if Corporate Seal Unavailable Sign Affidavit Below:<br><br><br>*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*<br>BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for **Block 83, Inc.** is presently unavailable to the undersigned<br>BY: _____<br>Shareholder/Owner |
|---|---|

### ACKNOWLEDGMENT

STATE OF __Texas__ )
COUNTY OF __Harris__ )

On this __25__ day of __May__, __2010__, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) __Gerald D. Hines__ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC __Adele T. Kline__

Residing at __717 Texas, Houston TX__

My Commission expires __10/10/2011__

ADELE T. KLINE
Notary Public, State of Texas
My Commission Expires
October 10, 2011

ARTICLES OF DISSOLUTION

OF

BLOCK 83, INC.

FILED
In the Office of the
Secretary of State of Texas

FEB 07 2002

Corporations Section

Pursuant to the provisions of Article 6.06 of the Texas Business Corporation Act, the undersigned corporation adopts the following Articles of Dissolution for the purpose of dissolving:

1. The name of the corporation is Block 83, Inc.

2. The names and respective addresses of its officers are:

| Name | Office | Address |
| --- | --- | --- |
| Gerald D. Hines | President | 2800 Post Oak Blvd. Suite 5000 Houston, TX 77056-6118 |
| Louis Sklar | Vice President | 2800 Post Oak Blvd. Suite 5000 Houston, TX 77056-6118 |
| C. Hastings Johnson | Vice President | 2800 Post Oak Blvd. Suite 5000 Houston, TX 77056-6118 |
| K. M. Hardin | Vice President | 2800 Post Oak Blvd. Suite 5000 Houston, TX 77056-6118 |
| Kay Forbes | Vice President / Secretary | 2800 Post Oak Blvd. Suite 5000 Houston, TX 77056-6118 |
| Jeanine E. Hutchens | Vice President / Asst. Secretary | 2800 Post Oak Blvd. Suite 5000 Houston, TX 77056-6118 |
| Cynthia A. Krist | Vice President / Asst. Secretary | 2800 Post Oak Blvd. Suite 5000 Houston, TX 77056-6118 |

HOU01:682568.1

Exhibit A
Page 1 of 4

3.     The name and address of the director is:

| Name | Address |
|---|---|
| Gerald D. Hines | 2800 Post Oak Blvd.<br>Suite 5000<br>Houston, TX 77056-6118 |

4.     A written consent to dissolve, a copy of which is attached, has been signed by the shareholders of the corporation, or on their behalf by their duly authorized attorneys.

5.     All debts, obligations and liabilities of the corporation have been paid, discharged, or satisfied, or adequate provision has been made therefor.

6.     All remaining property and assets of the corporation have been distributed to its shareholders in accordance with their respective rights and interests.

7.     There are no suits pending against the corporation in any court.

DATED this 18th day of January, 2002.

BLOCK 83, INC.

By _____
    Gerald D. Hines, President

HOU01:682568.1                                                   2

Exhibit __A__
Page __2 of 4__

## BLOCK 83, INC.

### Written Consent of the Sole Shareholder in Lieu of Special Meeting

The undersigned, being the sole shareholder of Block 83, Inc., a Texas corporation (the "Company"), hereby consents pursuant to the provisions of Article 9.10A of the Texas Business Corporation Act (the "Act"), to the adoption of the following resolutions without the holding of a meeting:

RESOLVED, that the Shareholder of the Company hereby consents pursuant to the provisions of Article 6.02 of the Act to the dissolution of the Company; and further

RESOLVED, that the Director and the officers of the Company are hereby authorized and directed to take such action and do such things as they deem necessary or appropriate in connection with such dissolution, particularly to collect the assets of the Company and to pay, satisfy or discharge its liabilities and obligations, or make adequate provision for the payment, satisfaction and discharge thereof, and thereafter to distribute the remainder of the assets of the Company to the undersigned Shareholder of the Company in complete cancellation or redemption of all the shares of capital stock of the Company; and further

RESOLVED, that the Director and the officers of the Company are hereby authorized and directed to execute, deliver, acknowledge, certify and file such documents and instruments they deem necessary or appropriate in connection with the dissolution and winding up of the affairs of the Company, including but not limited to, filings with the Internal Revenue Service and filings to withdraw from jurisdictions in which the Company is qualified to do business; and further

RESOLVED, that, subject to the payment, satisfaction or discharge of the liabilities and obligations of the Company, or adequate provision therefor, and subject to the distribution of the remaining property and assets of the Company to the undersigned Shareholder, the undersigned hereby consent to the filing of Articles of Dissolution of the Company along with a copy of this Written Consent of Shareholder in Lieu of Special Meeting, with the Secretary of State of the State of Texas.

EXECUTED as of the 18th day of January, 2002.

SHAREHOLDER:

*/s/ Gerald D. Hines*
Gerald D. Hines

HOU01:682569.1

Exhibit __A__
Page __3__ of __4__



# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
CAROLE KEETON RYLANDER · COMPTROLLER · AUSTIN, TEXAS 78774

February 7, 2002

BLOCK 83 INC
2800 POST OAK BLVD STE 5000
HOUSTON, TX 77056-6122

## CERTIFICATE OF ACCOUNT STATUS

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Carole Keeton Rylander, Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY that according to the records of this office

BLOCK 83 INC

has filed all required reports for taxes administered by the Comptroller under Title 2, Tax Code, and taxes reported due on those reports have been paid. This certificate must be filed with the Texas Secretary of State to legally end the corporation's existence in Texas. This certificate is valid for the purpose of dissolution, merger, conversion, or withdrawal through December 31, 2002.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the City of
Austin, this 7th day of
February, 2002 A.D.

*Carole Keeton Rylander*
Carole Keeton Rylander
Texas Comptroller

Taxpayer number: 1-74-1827092-0
File number: 00340871-00

NOTE: Failure by Texas corporations to legally dissolve, merge, or convert with the Texas Secretary of State on or before the expiration of this certificate, will result in additional franchise tax responsibilities. Out of state corporations are responsible for franchise tax through the last date of business in this state.

FORM 05-305 (Rev 10-01/12)

Exhibit A
Page 4 of 4